# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH EDWARD BARBOUR,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**ALL UNITED STATES INDIVIDUAL** )<br>**AND OFFICIAL CHARACTER** )<br>**FEDERAL STATE AND LOCAL** )<br>**ATTORNIES,** )<br>)<br>Defendants. ) | **CIVIL ACTION 12-0262-CG-B** |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 16th day of May, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The objection itself, as well as the brief in support, is totally nonsensical.  The court therefore reviewed the entire record <u>de novo</u>.