IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH EDWARD BARBOUR,      ) | |
| )                              | |
| Plaintiff,                   ) | |
| )                              | |
| vs.                          ) | CIVIL ACTION 12-0262-CG-B |
| )                              | |
| ALL UNITED STATES INDIVIDUAL ) | |
| AND OFFICIAL CHARACTER       ) | |
| FEDERAL STATE AND LOCAL      ) | |
| ATTORNIES,                   ) | |
| )                              | |
| Defendants.                  ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE and ORDERED** this 16th day of May, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE